UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.: 7:18-CR-00855-1 |
| JORGE ZAMORA-QUEZADA | § § | |

### Defendant's Motion For Jury Determination of Forfeiture

To the Honorable Judge of Said Court:

Comes now, Jorge Zamora Quezada, Defendant, by and through his counsel, and respectfully requests, pursuant to Rule 32.2(b)(5)(A), Federal Rules of Criminal Procedure, that the jury be retained to determine forfeitability in the event of a conviction, and that the jury panel be questioned during *voir dire* to determine their qualifications to determine forfeitability. A defendant has a statutory right under Rule 32.2(b)(5)(A), which Dr. Zamora invokes, to have the jury retained to determine forfeitability upon request. *See United States v. Davis*, 177 F. Supp. 2d 470, 482 (E.D. Va. 2001), *United States v. Hively,* 437 F.3d 752, 763 (8th Cir. 2006).

Respectfully submitted,

**LAW OFFICE OF BENIGNO (TREY) MARTINEZ, PLLC**

1201 East Van Buren
Brownsville, Texas 78520
Tel:   956-550-4868
Fax:  956-621-0135

By: /s/ Tomas F. Tijerina
TOMAS F. TIJERINA
State Bar No. 24070746
Federal ID No. 1062166
E-mail: tomas@mbymlaw.com
BENIGNO (TREY) MARTINEZ
State Bar No.  00797011
Federal ID No. 23945
E-mail: trey@mbymlaw.com
**ATTORNEYS FOR DEFENDANT
JORGE ZAMORA-QUEZADA**

## CERTIFICATE OF CONFERENCE

I, Tomas Tijerina, certify that on the 27th day of November 2018, I attempted to consult with Assistant U.S. Attorney Andrew Swartz regarding this motion. At the time of the filing of this Motion counsel for Defendant was unsuccessful in communicating with him.

/s/ Tomas F. Tijerina
TOMAS F. TIJERINA

## CERTIFICATE OF SERVICE

On November 27, 2018, this request was served on Assistant U.S. Attorney Andrew Swartz via ECF.

/s/ Tomas F. Tijerina
TOMAS F. TIJERINA