AO 245A (Rev. 12/03)   Judgment of Acquittal
                       Sheet 1

United States District Court
Southern District of Texas

**ENTERED**
January 13, 2020
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
Holding Session in McAllen

UNITED STATES OF AMERICA

v.

**FELIX RAMOS**

JUDGMENT OF ACQUITTAL

CASE NUMBER: 7:18CR00855-S1-004

Jaime Pena
Defendant's Attorney

The Defendant was acquitted by the Court on January 13, 2020.
IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated as to Count 10.

_____
Signature of Judge

**RICARDO H. HINOJOSA**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

1/13/20
Date

NP