UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

                                                                                     VERDICT

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO.  M-18-855-S1-02

MEISY ANGELICA ZAMORA


WE, THE JURY, FIND: MEISY ANGELICA ZAMORA, the Defendant,


                _____**NOT GUILTY**_____, as to Count 1
                [Insert "GUILTY" or "NOT GUILTY"]


as charged in the Superseding Indictment.

_____                        1/15/2020
FOREPERSON'S SIGNATURE                           DATE