UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

VERDICT

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO.   M-18-855-S1-03

ESTELLA SANTOS NATERA

WE, THE JURY, FIND: ESTELLA SANTOS NATERA, the Defendant,

_____NOT GUILTY_____, as to Count 1
[Insert "GUILTY" or "NOT GUILTY"]

as charged in the Superseding Indictment.

_____              H₹ 1/15/2020
FOREPERSON'S SIGNATURE                        DATE