**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 7:18–cr–00855 |
| | § | |
| Jorge Zamora–Quezada, Meisy Angelica Zamora, Estella Santos Natera, Felix Ramos | § | |

NOTICE REGARDING EXHIBITS

The offering party must take possession of the exhibits submitted into evidence in this case by **June 6, 2025**. If the exhibits are not retrieved by the deadline, they will be destroyed without further notice, and the expenses incurred will be taxed against the offering party. *See* LR 79.2 and CrLR 55.2.C.

Description of Exhibits:

Government's/Defendants'

If you have questions regarding the status of these exhibits, contact the Clerk's Office at (956) 618–8065.

Date: May 22, 2025

By: <u>Delia S. Rodriguez</u>
Deputy Clerk