**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

UNITED STATES OF AMERICA  §
§
*versus*  §  Criminal Case 7:18–cr–00855
§
Jorge Zamora–Quezada  §

NOTICE OF DESTRUCTION OF EXHIBITS

The attorneys were notified on 5/22/2025 that they must take possession

of exhibits by 6/6/2025 or they would be destroyed without further notice.

The exhibits described on the Notice Regarding Exhibits have been destroyed.

Date: June 6, 2025

By: <u>Delia S. Rodriguez</u>
Deputy Clerk