IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.   7:18-CR-0855-S (1) |
| JORGE ZAMORA-QUEZADA, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER APPOINTING RECEIVER

Defendant Jorge Zamora Quezada was convicted by a jury on January 15, 2020, of conspiracy to commit health care fraud (Count One), engaging in a scheme to defraud health care benefit programs (Counts Two, Three, Four, Six, Seven, Eight, and Nine), and conspiracy to obstruct justice (Count Eleven).   The Defendant and the United States acknowledge that a restitution order is mandatory in this case and would reach the community property of the Defendant and his wife.

In conjunction with a settlement as to forfeiture matters, Defendant, Defendant's wife (Meisy Zamora), and the United States (the "parties") have informed the Court that they have agreed that the three properties listed below should be sold by a receiver and that the receiver's fees and all expenses shall be deducted from the gross sales proceeds; that the net sales proceeds should be deposited into the Court's Registry to be used towards the restitution order that is expected to be imposed at the Defendant's sentencing; and that the United States has agreed to exempt the Defendant's current residence in Mission, Texas, and 425 Soledad Street, Unit #7, San Antonio, Texas, from enforcement as to the restitution debt that will be imposed at sentencing.



Accordingly, the Court has decided as follows:

1.  It is ORDERED that:

**Coldwell Banker La Costa**
Paseo de la Marina Sur Local 24 Marina La Palmas
Puerto Vallarta, 48380, Mexico

is appointed to serve as the Receiver in this matter at their customary rate.

2.  It is ORDERED that the Receiver will sell the following property (with numbering consistent with the property list in the Superseding Indictment) in a commercially reasonable manner and will deposit the net proceeds into the Court's Registry to be used for restitution:

(a)(14)  **Four Seasons Residence Club Punta Mita Time Share**, Residence Club Villa, #5431, Residence Club Interest Letter "G", Proportional Interest 1/12th, Residence Club Punta Mita, Punta Mita, Nayarit, Mexico, with a legal description set forth in the Notice of Forfeiture in the Superseding Indictment at paragraph (a)(14).

(a)(15)  **Penthouse Numero E-16-01**, Condominio Shangri-La, Paseo De La Marina 385, Colonia Marina Vallarta, Puerto Vallarta, Jalisco, Mexico.

(a)(16)  **Penthouse Numero C-18-01**, Condominio Shangri-La, Paseo De La Marina 385, Colonia Marina Vallarta, Puerto Vallarta, Jalisco, Mexico.

3.  It is ORDERED that Jorge C. Zamora Quezada and his wife, Meisy Zamora, shall cooperate with the Receiver in the sale of the above-listed properties, in both their personal and representative capacities; and shall sign any documents requested by the Receiver in order to facilitate the sale of those properties.

4.  It is ORDERED that the Court will retain jurisdiction over the sale by the Receiver, and the parties can approach the Court in the case of any disputes.

5.      It is ORDERED that the United States, in accordance with its agreement, shall not seek to enforce the restitution order against the Defendant's residence in Mission, Texas, or against 425 Soledad Street, Unit #7, San Antonio, Texas.

ENTERED this 21 day of _____May_____ 2025, at McAllen, Texas.

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE

AGREED:

_____          Date: 5/20/2025
Jorge Zamora Quezada
Defendant

_____          Date: 5/20/2025
Trey Martinez
Attorney for Defendant

_____          Date: 5-21-25
Meisy Zamora
Defendant's Wife

_____          Date: 5-21-25
Jaime Pena
Attorney for Meisy Zamora

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By: _____          Date: 5/21/2025
Kristine E. Rollinson , LAURA GARCIA
Assistant United States Attorney
On behalf of the United States