United States District Court
Southern District of Texas
**ENTERED**
September 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal No. 7:18-CR-855 |
| JORGE ZAMORA-QUEZADA | § § | |

### FINAL ORDER OF FORFEITURE (3307 S. CLOSNER)

The Court has considered the United States' Unopposed Motion for Final Orders of Forfeiture for certain property and has decided to GRANT the motion with respect to real property at **3307 S. Closner Blvd, Edinburg, Hidalgo County, Texas** (the "Real Property").

On May 21, 2025, the Court signed an Agreed Preliminary Order of Forfeiture (Doc. 831) forfeiting the Real Property. On July 7, 2025, the United States served notice of the forfeiture on J & M Zamora, a Family Limited Partnership; and on J & M Zamora Family LP (Doc. 838). More than 30 days have passed, and neither filed a petition claiming an interest in the Real Property. The United States also published notice of the Agreed Preliminary Order of Forfeiture for at least 30 consecutive days, starting on June 13, 2025 (Doc. 839).

On July 25, 2025, the taxing authorities of Hidalgo County, Texas (the "Taxing Authorities") filed a third-party petition (Doc. 846) with respect to the Real Property (APN: K2400-00-000-0021-03). Consistent with Department of Justice policy, the United States

represents that it recognizes the Taxing Authorities' interest to the extent of the ad valorem taxes, penalties, and interest owed on the Real Property through the date of the Final Order of Forfeiture. The Court takes notice that no other third party has filed a petition concerning the Real Property.

Upon consideration of the law and the record in this case, the Court has decided as follows:

1. It is ORDERED that the following Real Property is forfeited to the United States (numbered as in the Superseding Indictment):

> (a)(2)   **3307 S. Closner, Edinburg, Texas 78539,** together with all improvements, buildings, structures and appurtenances, and legally described as follows:
>
>> A tract of land out of Lot 21, KELLY PHARR SUBDIVISION, Hidalgo County, Texas, according to the map recorded in Volume 3, Page 133, Map Records in the Office of the County Clerk of Hidalgo County, Texas,
>
> with a more specific metes and bounds description attached as Exhibit A.

2. It is ORDERED that the United States has clear title to the Real Property listed above, subject to the interests of the Taxing Authorities, and may warrant good title to any subsequent purchaser or transferee, in accordance with 21 U.S.C. § 853(n)(7).

3. It is ORDERED that J & M Zamora, a Family Limited Partnership, has no legal right, title, or interest in the Real Property.

4. It is ORDERED that J & M Zamora Family LP has no legal right, title, or interest in the Real Property.

5. It is ORDERED that all persons who could claim any right, title or interest in or to the Real Property are held in default, with the exception of the Taxing Authorities.

6. It is ORDERED that the United States shall pay, from and up to the limit of the net proceeds upon sale of the Real Property, the *ad valorem* taxes, penalties, and interest assessed on the Real Property through the date of this Final Order of Forfeiture.

7. It is ORDERED that the United States shall dispose of the Real Property according to law.

THIS IS A FINAL ORDER OF FORFEITURE.

SO ORDERED September 8, 2025, at McAllen, Texas.

*Randy Crane*
Randy Crane
Chief United States District Judge

**Exhibit A to Final Order of Forfeiture (3307 S. Closner)**

All the real property (including any improvements), commonly known as **3307 South Closner**, Edinburg, Texas (APN: K240000000002103), described as follows:

A tract of land out of Lot 21, KELLY-PHARR SUBDIVISION, Hidalgo County, Texas, according to map thereof recorded in Volume 3, Pages 133 and 134, Deed Records of Hidalgo County, Texas; said tract of land being more particularly described by metes and bounds as follows:

COMMENCING at the Southeast corner of said Lot 21; said corner lies on the centerline to centerline intersection of Wisconsin Road and S. Closner Blvd (U.S. Bus. 281).

THENCE, North, along the East line of said Lot 21 and along the centerline of S. Closner Blvd (U.S. Bus. 281), 260.0 feet in all to a point for the POINT OF BEGINNING and the Southeast corner of this tract;

THENCE, West, parallel to the South line of said Lot 21, 50.0 feet pass a set ½ inch iron rod on the West right of way line of S. Closner Blvd (U.S. Bus. 281), 460.0 feet in all to a set ½ inch iron rod for the Southwest corner of this tract;

THENCE, North, parallel to the East line of said Lot 21, 100.0 feet to a set ½ inch iron rod for the Northwest corner of this tract;

THENCE, East, along a line parallel to the South line of said Lot 21, 410.0 feet pass a set ½ inch iron rod on the West right of way line of S. Closner Blvd. (U.S. Bus. 281), 460.0 feet in all to a point on the East line of said Lot 21 and the centerline of S. Closner Blvd. (U.S. Bus. 281) for the Northeast corner of this tract;

THENCE, South, along the East line of said Lot 21 and the centerline of S. Closner Blvd. (U.S. Bus. 281), 100.0 feet to the POINT OF BEGINNING, containing 1.06 acres of land, more or less.