United States District Court
Southern District of Texas
**ENTERED**
October 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal No. 7:18-CR-855 |
| JORGE ZAMORA-QUEZADA | § § § | |

## FINAL ORDER OF FORFEITURE (2601 CORNERSTONE BLVD.)

The Court has considered the United States' Unopposed Second Motion for Final Order of Forfeiture with respect to real property at 2601 Cornerstone Blvd., Edinburg, Texas (the "Real Property"). The Court has decided to GRANT the motion.

On May 21, 2025, the Court signed an Agreed Preliminary Order of Forfeiture (Doc. 831) forfeiting the Real Property. The United States served notice on the record titleholder, J. & M. Zamora Family, L.P., on July 7, 2025 (Doc. 838). More than 30 days have passed, and the titleholder did not file a petition claiming an interest in the Real Property. The United States also published notice of the Agreed Preliminary Order of Forfeiture for at least 30 consecutive days, starting on June 13, 2025 (Doc. 839).

On or about December 26, 2014, Lone Star National Bank loaned money to the titleholder, secured by the Real Property (the "Cornerstone Lien"). In connection with a bankruptcy proceeding, the United States and Lone Star National Bank in January 2020 entered into a Settlement Agreement concerning the treatment of the Cornerstone Lien in the event of the forfeiture of the Real Property. The Settlement Agreement establishes a formula for the amount of money the United States will pay to Lone Star National Bank

on its Cornerstone Lien after issuance of a Final Order of Forfeiture, to be paid out of the proceeds of the sale of the Real Property. The United States represents that it recognizes the interest of Lone Star National Bank to the extent of the money owed pursuant to the Settlement Agreement.

On July 25, 2025, the taxing authorities of Hidalgo County, Texas (the "Taxing Authorities"), filed a third-party petition (Doc. 842) with respect to the Real Property. The United States represents that it recognizes the Taxing Authorities' interest to the extent of the *ad valorem* taxes, penalties, and interest owed on the Real Property. The Court takes notice that no other third parties have filed a petition concerning the Real Property.

Upon consideration of the law and the record in this case, the Court has decided as follows:

1.   It is ORDERED that the following Real Property is forfeited to the United States (numbered as in the Superseding Indictment):

> (a)(1)   **2601 Cornerstone Blvd., Edinburg, Texas,** together with all improvements, buildings, structures and appurtenances, and legally described as follows:
>
> (1)   All of Lots 18, 19, 20, 21, 22, 23, and 24, Block 8, CORNERSTONE MEDICAL PARK PHASE III SUBDIVISION, an addition to the City of Edinburg, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 32, Page 70, Map Records of Hidalgo County, Texas, together with 4 adjoining tracts of land, described as Tracts I, II, II, and IV as follows:
>
> *Tract I* - A 0.0005 acre of tract of land, being a part or portion of Lot 17, Block 8, CORNERSTONE MEDICAL PARK PHASE III SUBDIVISION, an addition to the City of

2

Edinburg, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 32, Page 70, Map Records of Hidalgo County, Texas.

*Tract II* - A 0.0008 acre tract of land, being a 0.20 feet perimeter on the North side of Lots 17, 18, 19, 20, 21, 22, 23, and 24, Block 8, CORNERSTONE MEDICAL PARK PHASE III SUBDIVISION, an addition to the City of Edinburg, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 32, Page 70, Map Records of Hidalgo County, Texas.

*Tract III* - A 0.0016 acre tract of land adjacent to Lots 17 through 24, Block 8, CORNERSTONE MEDICAL PARK PHASE III SUBDIVISION, an addition to the City of Edinburg, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 32, Page 70, Map Records of Hidalgo County, Texas.

*Tract IV* - A 0.0006 acre tract of land out of CORNERSTONE MEDICAL PARK PHASE II, said 0.0006 acre tract of land lying within 25.0 feet utility easement and a 20' x 20' clip as recorded in said CORNERSTONE MEDICAL PARK PHASE II SUBDIVISION, an addition to the City of Edinburg, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 31, Page 161, Map Records of Hidalgo County, Texas. Said 0.0006 also being a 0.20 feet, perimeter on the North and East side of Lot 24, Block 8, CORNERSTONE MEDICAL PARK PHASE III SUBDIVISION, an addition to the City of Edinburg, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 32, Page 70, Map Records of Hidalgo County, Texas.

2. It is ORDERED that the United States has clear title to the Real Property listed above, subject to the interests of the Taxing Authorities and Lone Star National Bank, and may warrant good title to any subsequent purchaser or transferee, in accordance with 21

U.S.C. § 853(n)(7).

3. It is ORDERED that J. & M. Zamora Family, L.P., has no legal right, title, or interest in the property being forfeited by this Order.

4. It is ORDERED that all persons who could claim any right, title or interest in or to the Real Property are held in default, with the exception of the Taxing Authorities and Lone Star National Bank.

5. It is ORDERED that the United States shall pay, out of the net proceeds upon sale of the Real Property, the *ad valorem* taxes, penalties, and interest assessed on the Real Property through the date of this Final Order of Forfeiture, plus any interest as allowed by law.

6. It is ORDERED that the United States shall pay, out of the net proceeds upon sale of the Real Property, the money owed to Lone Star National Bank pursuant to the January 2020 Settlement Agreement between the United States and Lone Star National Bank.

7. It is ORDERED that the United States shall dispose of the Real Property according to law.

THIS IS A FINAL ORDER OF FORFEITURE.

SO ORDERED October 20, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge