U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "*Instructions for Service of Process by U.S. Marshal*"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 7:18-cr-855 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JORGE ZAMORA-QUEZADA | Disposal |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U. S. Marshals Service

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
515 Rusk, Room 10002, Houston, TX 77002

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kristine Rollinson
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please dispose of the aircraft in accordance with the attached final order of forfeiture (Doc. No. 872).
(Ref. #18-FBI-004381)

United States Courts
Southern District of Texas
FILED

JUN 25 2026

Nathan Ochsner, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Kristine C. Rollinson* | | 713-567-9385 | 3/26/2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 79 | 79 | | 3/26/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | Date | Time | |
|---|---|---|---|
| | 5/27/26 | 11:00 | ☒ am ☐ pm |

Address (*complete only different than shown above*)

Signature of U.S. Marshal or Deputy

*Luis Moya*

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

DISPOSED OF PROPERTY IN ACCORDANCE TO LAW

Form USM-285
Rev. 03/21